# FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

GREGORY PARK; YONG HO PARK;
DONG YEON PARK; JUNG HYUN
PARK,

        *Plaintiffs-Appellants,*

v.

MICHAEL B. MUKASEY,* Attorney
General; MICHAEL CHERTOFF,
Secretary of Department of
Homeland Security; WILLIAM D.
MCNAMEE, District Director of
U.S. Citizenship and Immigration
Services, Department of Homeland
Security; IMMIGRATION & CUSTOMS
ENFORCEMENT, Portland District
Director or Officer in Charge;
CONDOLEEZZA RICE, U.S. Secretary
of State,

        *Defendants-Appellees.*

No. 06-35823

D.C. No.
CV-05-00647-DJH

ORDER

Appeal from the United States District Court
for the District of Oregon
Dennis J. Hubel, Magistrate Judge, Presiding

Argued and Submitted
February 5, 2008—Portland, Oregon

Filed February 13, 2008

    *Michael B. Mukasey is substituted for his predecessor Alberto R. Gonzales, as Attorney General of the United States, pursuant to Fed. R. App. P. 43(c)(2).

1291

Before: Pamela Ann Rymer, Thomas G. Nelson, and
Richard A. Paez, Circuit Judges.

## COUNSEL

David N. Shomloo, Portland, Oregon, for the appellants.

Kelly A. Zusman, Assistant United States Attorney, Portland,
Oregon, for the appellees.

## ORDER

We AFFIRM, and adopt the opinion and order of the District Court of Oregon, filed on August 28, 2006, *see Park v. Gonzales*, 450 F. Supp.2d 1153 (D. Or. 2006), as the opinion of this court.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO
——————

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson/West.